UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANDRES FABIAN AGUILAR,<br><br>                                Petitioner,<br><br>v.<br><br>DANIEL BRIGHTMAN, Filed Office Director of Enforcement and Removal Operations, San Diego Field Office, Immigration and Customs Enforcement; et al.,<br><br>                                Respondents. | Case No.:  26-CV-793 JLS (MMP)<br><br>**ORDER DISMISSING CASE**<br><br>(ECF No. 10) |

Presently before the Court is the Parties' Notice of Settlement Regarding Petitioner's EAJA Demand ("Not.," ECF No. 10).  The Parties have notified the Court that they have reached a settlement as to Petitioner's EAJA fee demand.  Not. at 2.  Accordingly, as this concludes the litigation in this matter, the Clerk of Court **SHALL CLOSE** the file.

   **IT IS SO ORDERED.**

Dated:  July 24, 2026

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

26-CV-793 JLS (MMP)